# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>SEARCH WARRANT<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>8:18−mj−00548<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN CRIMINAL DUTY MATTERS E−FILING PILOT PROJECT CASE** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 10/24/2018 | 1 | APPLICATION for an Order Pursuant to 18 U.S.C. section 2703(d) |

**ERROR(S) WITH DOCUMENT**

− **NOT A PILOT PROJECT MATTER**
The document you filed is not included in the pilot project established by General Order No. 17−02 and must therefore be manually filed. Please bring your document to a Clerk's Office Criminal Intake window for filing, where a new case will be opened. This case has been administratively closed. Documents filed in this case after the issuance of this notice will not be reviewed.

X **INCORRECT CASE NUMBER ON APPLICATION**
The caption of the Application you filed indicates a case number different than that of the case in which you filed it. This case has therefore been administratively closed. Please open a new case electronically and e−file the correct document(s) with the new case number. Documents filed in this case after the issuance of this notice will not be reviewed.

− **INCORRECT DOCUMENT ATTACHED**
You attached a document that does not appear to match the event used to file it or the case in which it was filed. This case has therefore been administratively closed. Please open a new case electronically and e−file the correct document(s) with the new case number. Documents filed in this case after the issuance of this notice will not be reviewed.

− **PROPOSED ORDER NOT SUBMITTED WITH APPLICATION**
Please e−mail a copy of the proposed order to the chambers e−mail address of the appropriate duty magistrate judge (unless previously directed otherwise, the magistrate judge assigned to document duty the day the application was filed).

− **OTHER:**

Clerk, U.S. District Court

Dated: October 24, 2018        By: /s/ *Denise Vo*
                                  Deputy Clerk